**BLANK ROME LLP**
Howard M. Knee (SBN 55048)
knee@blankrome.com
Natalie Alameddine (SBN 296423)
nalameddine@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

**BLANK ROME LLP**
Anthony B. Haller (*pro hac vice*)
haller@blankrome.com
Leigh Ann Buziak (*pro hac vice*)
lbuziak@blankrome.com
One Logan Square
Philadelphia, PA 19103
Telephone:    215.569.5500
Facsimile:    215.832.5500

*Attorneys for Plaintiffs*
*Auris Health, Inc. and Verb Surgical, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| AURIS HEALTH, INC. and VERB SURGICAL, INC., <br><br> Plaintiffs, <br> v. <br><br> KALPITKUMAR GAJERA, <br><br> Defendant. | Case No.: 4:21-cv-05337-HSG <br><br> *[Assigned to Hon. Haywood S. Gilliam, Jr.]* <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE SEPTEMBER 7, 2021 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br> (as modified) <br><br> Complaint Filed:   July 12, 2021 |

By and through their undersigned counsel of record, Plaintiffs AURIS HEALTH, INC. and VERB SURGICAL, INC. (collectively, "Plaintiffs") and KALPITKUMAR GAJERA ("Defendant") hereby jointly stipulate and agree as follows:

WHEREAS, the parties are currently scheduled to appear before the Court on September 7, 2021 for a Telephonic Case Management Conference and are currently required to submit a Joint Case Management Statement by August 31, 2021;

WHEREAS, Defendant's counsel is scheduled to be on trial in another matter from September 1, 2021 through September 8, 2021;

WHEREAS, the parties have not yet been able to meet and confer to prepare the Joint Case Management Statement due to Defendant's counsel's trial schedule;

WHEREAS, the parties agree that continuing the deadline to submit the Joint Case Management Statement from August 31, 2021 to September 15, 2021 and continuing the September 7, 2021 Telephonic Case Management Conference to on or after September 22, 2021, will allow counsel for Plaintiffs and Defendant to meet and confer to prepare the Joint Case Management Statement and will allow Defendant's counsel to attend the Case Management Conference;

THEREFORE, IT IS STIPULATED AND AGREED THAT good cause exists to continue the deadline to submit the Joint Case Management Statement currently due on August 31, 2021 to September 15, 2021 and to continue the September 7, 2021 Telephonic Case Management Conference to on or after September 22, 2021.

Nothing in this Stipulation shall be construed as a waiver of any of Plaintiffs' or Defendant's rights, defenses, or arguments they would otherwise have.

| | | |
|---|---|---|
| 1 | DATED:  August 31, 2021 | BLANK ROME LLP |

By: */s/ Leigh Ann Buziak*  _____

Howard M. Knee (SBN 55048)
knee@blankrome.com
Natalie Alameddine (SBN 296423)
nalameddine@blankrome.com
Anthony Haller (*pro hac vice*)
haller@blankrome.com
Leigh Ann Buziak (*pro hac vice*)
lbuziak@blankrome.com
*Attorneys for Plaintiffs*
*Auris Health, Inc. and Verb Surgical, Inc.*

MOBILITY LEGAL PC

By: */s/ David R. Burtt*  _____

David R. Burtt
dburtt@mobilitylegal.com
*Attorney for Defendant*
*Kalpitkumar Gajera*

**ECF ATTESTATION.** In accordance with Civil Local Rule 5-1(i)(3), I, Leigh Ann Buziak, attest that on August 31, 2021, I obtained concurrence in the filing of this document from the other signatory listed above.

   */s/ Leigh Ann Buziak*  _____
   Leigh Ann Buziak

**PURSUANT TO STIPULATION IT IS SO ORDERED,** except the case management conference will be held telephonically on September 23, 2021 at 10:00 a.m.  All counsel shall use the following dial-in information to access the call:
**Dial-In:  888-808-6929/Passcode:  6064255.**

DATED:   9/1/2021

   *[signature]*
   Haywood S. Gilliam, Jr.
   United States District Judge

2

JOINT STIPULATION AND ORDER TO CONTINUE SEPTEMBER 7, 2021 CASE
MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO.: 4:21-CV-05337-HSG