**BLANK ROME LLP**
Howard M. Knee (SBN 55048)
knee@blankrome.com
Natalie Alameddine (SBN 296423)
nalameddine@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

**BLANK ROME LLP**
Anthony B. Haller (*admitted pro hac vice*)
haller@blankrome.com
Leigh Ann Buziak (*admitted pro hac vice*)
lbuziak@blankrome.com
One Logan Square
Philadelphia, PA 19103
Telephone:   215.569.5500
Facsimile:    215.832.5500

*Attorneys for Plaintiffs*
*Auris Health, Inc. and Verb Surgical, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AURIS HEALTH, INC. AND VERB SURGICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KALPITKUMAR GAJERA, <br><br> Defendant. | Case No. 4:21-cv-5337-HSG <br><br> [*Assigned to Hon. Haywood S. Gilliam, Jr.*] <br><br> **ORDER AND AMENDED JOINT STIPULATION TO AMEND SCHEDULING ORDER** <br><br> Complaint Filed: July 12, 2021 |

**ORDER AND AMENDED JOINT STIPULATION TO AMEND SCHEDULING ORDER**
**CASE NO. 4:21-CV-5337-HSG**

It is hereby stipulated to and agreed by and between Plaintiffs Auris Health, Inc., and Verb Surgical, Inc. (together, "Plaintiffs"), and Defendant Kalpitkumar Gajera ("Defendant") (collectively, the "Parties"):

WHEREAS the Court entered a Scheduling Order in this case on February 10, 2022 (ECF No. 44);

WHEREAS, Plaintiffs contend that recently discovered information may necessitate additional remediation under the Parties' Stipulated Protocol for Identification and Remediation of Plaintiffs' Information from Electronic Devices and Personal Accounts (ECF No. 19) (the "Stipulated Protocol");

WHEREAS, based on positions stated within his now-withdrawn Motion for Protective Order Requiring Identification of Trade Secrets with Particularity (ECF No. 45) (the "Motion"), Defendant only responded substantively to those of Plaintiffs' April 15, 2022, discovery requests unrelated to trade secret allegations;

WHEREAS, the pendency of Defendant's now-withdrawn Motion and the meet and confer on the timing of Defendant's responses to Plaintiffs' discovery has unexpectedly delayed fact discovery, and the Parties agree an extension of deadlines under the Scheduling Order is necessary and appropriate;

WHEREAS, in connection with and as part of the resolution of Defendant's Motion, the Parties agreed to amend the Scheduling Order;

WHEREAS, the Parties stipulated to the proposed amended schedule submitted to the Court in their Joint Stipulation to Withdraw Defendant's Motion for Protective Order and Amend Scheduling Order (ECF No. 47);

WHEREAS, on July 5, 2022, the Parties attended a Case Management Conference before the Court regarding their proposed amended schedule;

WHEREAS, on July 6, 2022, the Court ordered the Parties to meet and confer on a revised stipulation and proposed amended schedule allowing for adequate time between the dispositive motion hearing and the pretrial conference (*see* ECF No. 51); and

WHEREAS, the Parties met and conferred on a revised joint proposed amended scheduling order pursuant to the Court's July 6, 2022, order.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from the Court, amending the Scheduling Order and resetting certain case deadlines as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Defendant's Response to Plaintiffs' Discovery Requests (served April 15, 2022) | | July 28, 2022 |
| Amendment of Pleadings/Joinder | July 1, 2022 | August 1, 2022 |
| Plaintiffs' Deposition of Defendant | | August 26, 2022 |
| Plaintiffs' Depositions of Non-Parties | | August 26, 2022 |
| Close of Fact Discovery | August 12, 2022 | September 2, 2022 |
| Exchange of Opening Expert Reports | August 19, 2022 | September 9, 2022 |
| Exchange of Rebuttal Expert Reports | September 2, 2022 | September 23, 2022 |
| Close of Expert Discovery | September 16, 2022 | October 7, 2022 |
| Dispositive Motion Hearing Deadline | October 13, 2022, at 2:00 p.m. | No change |
| Pretrial Conference | January 10, 2023, at 3:00 p.m. | No change |
| Jury Trial (3 days) | January 23, 2023, at 8:30 a.m. | No change |

In light of the foregoing circumstances, the Parties believe good cause exists for this amendment, which will advance the litigation in a productive and meaningful manner and so that justice can be done. The Parties do not request this amendment for the purpose of undue delay.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

/ / /

/ / /

/ / /

DATED: July 12, 2022

BLANK ROME LLP

By: */s/ Leigh Ann Buziak*

Howard M. Knee (SBN 55048)
knee@blankrome.com
Natalie Alameddine (SBN 296423)
nalameddine@blankrome.com
Anthony Haller (*pro hac vice*)
haller@blankrome.com
Leigh Ann Buziak (*pro hac vice*)
lbuziak@blankrome.com
*Attorneys for Plaintiffs*
*Auris Health, Inc. and Verb Surgical, Inc.*

MOBILITY LEGAL P.C.

By: */s/ David R. Burtt*

David R. Burtt
dburtt@mobilitylegal.com
*Attorney for Defendant*
*Kalpitkumar Gajera*

**ECF ATTESTATION.** In accordance with Civil Local Rule 5-1(i)(3), I, Leigh Ann Buziak, attest that on July 12, 2022, I obtained concurrence in the filing of this document from the other signatory listed above.

*/s/ Leigh Ann Buziak*
Leigh Ann Buziak

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: 7/13/2022

Haywood S. Gilliam, Jr.
United States District Judge

4
ORDER AND AMENDED JOINT STIPULATION TO AMEND SCHEDULING ORDER
CASE NO. 4:21-CV-5337-HSG