UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURIS HEALTH, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KALPITKUMAR GAJERA,<br><br>    Defendant. | Case No. 21-cv-05337-TLT<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 83 |

On December 5, 2022, the parties filed a notice of settlement and a joint stipulation voluntarily dismissing the case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 83. Accordingly, this matter is **DISMISSED** without prejudice, and any hearings and deadlines are **VACATED**. The parties retain the right to reopen this action within **60 days** of this Order if the settlement is not consummated. If any party certifies to the Court, with proper notice to all other parties, within **60 days** of this Order, that the case should be reopened, this Order shall be vacated, and this case shall be restored for further proceedings.

**IT IS SO ORDERED.**

Dated: December 6, 2022

_____
TRINA L. THOMPSON
United States District Judge